[No. 2378.]

CROWE v. WALKER ET AL.

**Appellate Practice—Abstract of Record.**

A judgment for services performed will not be reviewed where it does not appear from the evidence as disclosed by the abstract of record what amount of services was performed, for whom performed, nor their value.

*Error to the District Court of El Paso County.*

Mr. M. J. GALLIGAN, for plaintiff in error.

GUNTER, J.

This was an action by defendants in error to recover for services alleged to have been performed by themselves and their assignors on a certain mining claim. From a judgment in their favor the case is here.

We rule the case upon the evidence as disclosed by the abstract. Neither the amount of the services performed, their value, nor for whom rendered, in any manner appears.

The judgment must be reversed.

*Reversed.*